IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRANDEN LEMAR SHANNON, )<br>)<br>Defendant. ) | CRIMINAL NO. 18-CR-30033-DRH |

**ORDER GRANTING APPLICATION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of **Branden Lemar Shannon** in the United States District Court at East St. Louis, Illinois, on the 12th day of March, 2018, at the hour of 11:00 a.m.

IT IS SO ORDERED.

DATED this 8th day of March, 2018.

*s/Donald G. Wilkerson*
Donald G. Wilkerson
United States Magistrate Judge